**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINGERBREAD MANOR, LLC.,
KIA KRISTEN WALKER,

      **Plaintiffs,**

      **v.**                           **Case No.:  6:26-cv-00643-PGB-DCI**

NATALIA TURBEVILLE,  CITY
OF ROCKLEDGE,  FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES, KELLY
PLANTIER, JENNIFER FLYNN,

      **Defendants,**

---

### ORDER TO SHOW CAUSE

      This case is before the Court upon review of the file. Plaintiffs have failed to file a Case Management Report within the time required by Local Rule 3.02(b). Plaintiffs are hereby **DIRECTED** to file a written response within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.02(b).  Failure to respond to this Order may result in a dismissal of this action or the imposition of other appropriate sanctions without further notice from the Court.

**DONE AND ORDERED** in Orlando, Florida on May 18, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties