UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GINGERBREAD MANOR, LLC
a Florida Limited Liability Company,
KIA KRISTEN WALKER,

       Plaintiff,                           Case No.: 6:26-cv-00643-PGB-DCI

vs.

NATALIA TURBEVILLE,
CITY OF ROCKLEDGE,
FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,
KELLY PLANTIER, and
JENNIFER FLYNN,

       Defendants.

_____/

### JOINT NOTICE OF RESOLUTION OF DEFENDANTS' MOTION TO QUASH

Defendants, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, KELLY PLANTIER, and JENNIFER FLINN (incorrectly named as "Jennifer Flynn"), who are collectively referred to herein as "DCF Defendants", along with Plaintiffs, GINGERBREAD MANOR, LLC and KIA KRISTEN WALKER, through their undersigned counsel and pursuant to Middle District of Florida Local Rule 3.09(a), respectfully notify the Court that the issues raised in DCF Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) or, in the alternative, Motion

to Quash Service of Process and Incorporated Memorandum of Law [Doc. 30] and Plaintiffs' Memorandum of Law Opposing Defendants' Motion to Dismiss [Doc. 35] have been fully resolved and the parties have agreed that Defendants shall file responsive pleadings to Plaintiffs' Complaint no later than June 15, 2026.

## CERTIFICATE OF SERVICE

I certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record registered with the CM/ECF system.

/s/ *Matthew H. Wolfe, Esquire*
JEFFREY S. WEISS, ESQUIRE
Florida Bar No.  750565
MATTHEW H. WOLFE, ESQUIRE
Florida Bar No. 121737
**GARGANESE, WEISS, D'AGRESTA &
SALZMAN, P.A.**
111 N. Orange Avenue, Suite 2000
Orlando, Florida  32801
Tel:  407-425-9566/Fax:  407-425-9596
Primary email:      jweiss@orlandolaw.net
                              mwolfe@orlandolaw.net
Secondary email:   dsambol@orlandolaw.net
                              dguzman@orlandolaw.net
                              lshelnut@orlandolaw.net
Attorneys for Defendants, DCF; PLANTIER
and FLYNN


/s/ *Tim McCullough, Esquire*
McCullough Law Group PLLC

2

Lead Counsel: E. Timothy McCullough
Attorney for the Plaintiffs
Florida Bar Number: 33624
1395 N. Courtenay Pkwy, Ste 210
Merritt Island, FL 32953
Telephone: (407) 719-3303
E-Mail: timlaw81@aol.com