## UNITED STATES COURT MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

Case No.: 6:26-cv-00643-PGB-DCI

Gingerbread Manor, LLC
a Florida Limited Liability Company
and Kia Kristen Walker,
    Plaintiffs,

v.

Natalia Turbeville,
City of Rockledge,
Florida Department of Children and
Families, Kelly Plantier,
and Jennifer Flynn
    Defendants.

_____/

## <u>PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE CASE MANAGEMENT REPORT</u>

Plaintiffs Gingerbread Manor, LLC (hereinafter "Gingerbread Manor") and Kia Kristen Walker (hereinafter Kia Walker), by and through the undersigned counsel, file this Plaintiffs' Response to Court's **Order to Show Cause** dated **May 18, 2026**, respectfully submit it to show cause why the Case Management Report required by Local Rule 3.02(b) was not timely filed.

1.    Plaintiffs acknowledge the obligation under Local Rule 3.02(b) to meet and confer with Defendants and to file a Case Management Report using the Court's approved form within the time required by the rule or by Court order.

1

2.     The Case Management Report was not filed by the deadline because this case was removed from state court by Defendant, City of Rockledge while Department of Children and Families ("DCF"), Kelly Plantier, and Jennifer Flynn initially contested service of the state-court process.

3.     Plaintiffs focused their efforts on perfecting service until DCF and its employees ultimately agreed to accept service and to file a response by an extended deadline.

4.     This sequence of events caused Plaintiffs to inadvertently mis-calendar the deadline for compliance with Local Rule 3.02(b). Plaintiffs and Defendants have conferred and will conduct their Rule 26(f) conference on Friday, May 22, 2026, after which the Case Management Report promptly will be filed.

5.     Good cause exists for the delay, because the failure to file the Case Management Report was not willful, not in bad faith, and resulted from procedural developments surrounding service and removal rather than any disregard of the Court's rules.

6.     No party has been prejudiced, and Plaintiffs have acted diligently to cure the oversight.

7.     Plaintiffs will complete the Rule 26(f) conference with Defendants on May 22, 2026, and will file the Case Management Report immediately thereafter, and in no event later than May 26, 2026, unless otherwise directed by the Court.

Plaintiffs respectfully request that the Court:

1.  Accept this Response as showing good cause;

2.  Discharge the Order to Show Cause; and

3.  Permit Plaintiffs to file the Case Management Report following the parties' May 22, 2026, conference.

Respectfully submitted,

/s/ E. Timothy McCullough
McCullough Law Group PLLC
Lead Counsel: E. Timothy McCullough
Attorney for the Plaintiffs
Florida Bar Number: 33624
1395 N Courtenay Pkwy, Ste 210
Merritt Island, FL 32953
Telephone: (407) 719-3303
E-Mail: timlaw81@aol.com

3

CERTIFICATE OF SERVICE

I certify that on May 21, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all parties of record registered with the CM/ECF system.

/s/ E. Timothy McCullough
McCullough Law Group PLLC
Lead Counsel: E. Timothy McCullough
Attorney for the Plaintiffs
Florida Bar Number: 33624
1395 N Courtenay Pkwy, Ste 210
Merritt Island, FL 32953
Telephone: (407) 719-3303
E-Mail: timlaw81@aol.com