# Mediate First Inc.

200 E. Robinson St., Suite 700 • Orlando, FL 32801
(407) 649-9495 • Fax: (407) 649-8698
admin@mediatefirstinc.com • www.mediatefirstinc.com

| | |
|---|---|
| Donna C. Doyle | Craig L. Brams |
| Gregory P. Miles | Art Graham |
| Mark S. Walker | Robert Moletteire |
| Clement L. Hyland | Donald N. Williams |
| Stan Strickland | Winifred H. Quinlan |
| -------------------- | Sonya S. Wesner |
| James A. Cabler | Karl Labertew |
| Douglas B. Beattie | Alan S. Apte |
| David C. Schwartz | Phil Stiles |
| Dawn Berlanga-Helms | Armando A. Rodriguez-Feo |
| A. Thomas Mihok | Charles A. Parker |
| Jay S. Colling | William Clay Mitchell, Jr. |
| Philip T. King Jr. | Douglas G. Carey |
| Thomas K. Brown | Louis A. DeFreitas, Jr. |
| Stephen F. Lanosa | Robert J. Egan |
| Donald A. Myers, Jr. | John L. Morrow |

Date: **07/06/2026**

To: **Earl Timothy McCullough, Esq.**
**McCullough Law Group PLLC**
**timlaw81@aol.com**

**Jeffrey S. Weiss, Esq.**
**Garganese, Weiss, D'agresta & Salzman, P.A.**
**jweiss@orlandolaw.net**
**Matthew Harry Wolfe, Esq.**
**Garganese, Weiss, D'agresta & Salzman, P.A.**
**mwolfe@orlandolaw.net**
**Alyssa Flood, Esq.**
**Dean, Ringers, Morgan & Lawton, P.A.**
**aflood@drml-law.com**

RE: **Gingerbread Manor and Kia Kristen Walker v Natalia Turberville, et al**
Date: **April 1, 2027**          Time: **10:00 am - 1:00 pm**
Mediator: **Donna Doyle**          Location: **Via Zoom**

This will confirm that as lead counsel you have agreed and scheduled a mediation / settlement conference at the time, place and with the mediator listed above. Please email a copy of the notice of mediation and/or the Court's order scheduling the mediation at your earliest convenience. Please also provide any mediation summaries to the mediator at least one week prior to the mediation.

**Hourly rate, charges and minimum:** Mediator time is charged at the hourly rate of $465.00 per hour for 2 party cases, at the hourly rate of $495.00 per hour for 3 party cases, and at the hourly rate of $130.00 per hour, per party for cases with 4 or more parties. Global Settlement Conferences will be charged at the hourly rate of $500.00 per hour. The mediator is entitled to compensation for all time spent on the case, including preparation time, review of mediation summaries and attachments, attorney conferences, emails, attendance at and conducting the mediation conference, follow up, preparation of the mediator's report to the Court and travel (see below). In addition, there will be a .7 charge for ancillary services, which will include but not be limited to time spent to review mediation notices, court orders and

stipulations, and all communications related to scheduling, rescheduling, and confirming the mediation.  There will be a 3-hour minimum charge for cases reserved for less than a full day, and a 6-hour minimum charge for cases reserved for a full day.  The minimum charge is separate and apart from the ancillary mediation services, any charges for travel, which are charged at half the hourly rate, if applicable, and the preparation and filing of any report(s) to the Court. Parties are responsible for providing, scheduling and compensating any interpreters.

**REVISED Reservation and Cancellation policy:** The mediator is a full-time professional and has reserved the time required for this mediation exclusively for your case.  The mediator has not, therefore, accepted other engagements during this time.

· Your mediation is scheduled for **April 1, 2027**.

· If your mediation is **canceled or rescheduled on or before 03/23/2027,** no cancellation fee will apply.

· If the mediation is **canceled or rescheduled after 03/23/2027,** the following cancellation fees will apply:

- **3 hours at the hourly rate** for mediations scheduled for less than a full day
- **6 hours at the hourly rate** for mediations scheduled for a full day

· The **scheduling party is responsible for notifying Mediate First** of any:

- Cancellations
- Rescheduling
- Settlements

**Billing:** Invoices will be submitted at the conclusion of the case or when cancelation takes place and are due and payable upon receipt.  Unless the parties agree otherwise, all fees will be divided equally between the parties.  While it is understood that the parties / clients may ultimately pay the bill, it is understood and agreed that this agreement is between the law firm(s) and Mediate First, and that the law firm(s) will ensure that Mediate First is timely paid in full as outlined in this letter. For pro se parties appearing without a lawyer, a deposit payable by certified check, cashier's check or money order equal to 2 hours times the hourly rate is required **ten days** in advance of the scheduled conference.

**Statement of neutrality and notice to review settlement agreement:** The Mediator hereby advises all parties that (s)he is a neutral intermediary and does not represent any party.  If settlement is reached, the parties are advised to have the settlement agreement reduced to writing, and to review the written Settlement Agreement with their lawyer(s) prior to execution of the Settlement Agreement.

**AGREEMENT:** Unless Mediate First is notified in writing of any objection to the terms of this agreement within seven days, they shall be deemed accepted by all parties and attorneys.